UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAM WIETSCHNER & TOVA WIETSCHNER TRS FOR SAM WIETSCHNER PENSION PLAN UA APRIL 1, 1990, Individually and on Behalf of All Others Similarly Situated, | § § § § § § | |
| Plaintiff, | § § | Civil Action No. 4:15-cv-2423 |
| v. | § § | |
| EMMANUEL T. BALLASES, LYDIA I. BEEBE, FRANK J. BRAMANTI, WALTER M. DUER, BARBARA J. DUGANIER, JAMES C. FLAGG, JOHN N. MOLBECK, JR., SUSAN RIVERA, HANS D. ROHLF, ROBERT A. ROSHOLT, J. MIKESELL THOMAS, CHRISTOPHER J.B. WILLIAMS, HCC INSURANCE HOLDINGS, INC., TOKIO MARINE HOLDINGS, INC., TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., and TMGC INVESTMENT INC., | § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sam Wietschner & Tova Wietschner Trs for Sam Wietschner Pension Plan UA April 1, 1990, by the undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants.  All costs and expenses, including attorneys' fees, will be borne by the party that incurred them.

DATED:  September 14, 2015.

Respectfully submitted,

_/s/ Thomas E. Bilek_

Thomas E. Bilek
TX Bar 02313525 / SDTX Bar 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, Texas  77002
(713) 227-7720

_Counsel for Plaintiffs_

**OF COUNSEL:**

Edward Miller
Joshua Lifshitz
**LIFSHITZ & MILLER**
821 Franklin Avenue, Suite 209
Garden City, New York  11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF System on September 14, 2015, which caused an electronic copy of same to be served automatically upon counsel of record.

_/s/ Thomas E. Bilek_

Thomas E. Bilek