| United States District Court | Southern District of Texas |
|---|---|

Sam Wietshner & Tova Wietshner  
TRS for Sam Wietshner Pensioin Plan  
UA April 1, 1990, individually and on  
behalf of all other similarly situated,  

        Plaintiff,  

versus  

Emmauel T. Ballases, *et al.*,  

        Defendants.  

Civil Action H-15-2423

## Order of Dismissal

The court, having been advised by counsel that plaintiffs no longer wish to pursue this matter, dismisses this case without prejudice.

Signed on September 14, 2015, at Houston, Texas.

Lynn N. Hughes  
United States District Judge